MC-275

Name: ALBEROTO HERNANDEZ
Address: P.O. BOX 3030 C5-214
HIGH DESERT STATE PRISON
SUSANVILLE, CA. 96127
CDC or ID Number: #V-68614

FILING FEE PAID: Yes ___ No ✓
IFP MOTION FILED: Yes ✓ No ___
COPIES SENT TO: Court ✓ Pros. ___

PRO-PER

**FILED**
OCT 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

SUPERIOR COURT OF LOS ANGELES
COUNTY OF LOS ANGELES
(Court)

Petitioner: ALBERTO HERNANDEZ
vs.
Respondent: CAPTAIN, FAULK WARDEN

**PETITION FOR WRIT OF HABEAS CORPUS**

No. 07CV 2082 BTM POR
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6
Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]
PETITION FOR WRIT OF HABEAS CORPUS
THOMSON WEST
Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380

**This petition concerns:**

☒ A conviction    ☐ Parole

☐ A sentence    ☐ Credits

☐ Jail or prison conditions    ☐ Prison discipline

☐ Other *(specify):* _____

1. Your name: **ALBERTO HERNANDEZ**

2. Where are you incarcerated? **HIGH DESERT STATE PRISON**

3. Why are you in custody?   ☒ Criminal Conviction   ☐ Civil Commitment

   Answer subdivisions a. through i. to the best of your ability.

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   **1-COUNT OF MURDER, 1-COUNT OF TOTURE, 1-COUNT 2ND DEGREE ROBBERY, 1-COUNT OF RESIDENTIAL ROBBERY, 1-COUNT OF BURGLARY**

   b. Penal or other code sections: _____

   c. Name and location of sentencing or committing court: **PC.187, PC.211, 206, 459 PC.136.1 PC.211 AND 213.**

   d. Case number: **VA077024**

   e. Date convicted or committed: **10-15-04**

   f. Date sentenced: **11-17-04**

   g. Length of sentence: **LIFE WITH OUT PAROLE, AND 10 YRS ENHANCEMENTS**

   h. When do you expect to be released? **DON'T GOT NO DATE**

   i. Were you represented by counsel in the trial court?   ☒ Yes.   ☐ No. If yes, state the attorney's name and address:

   **JAMES GOLDSTEIN 15260 VENTURA BLVD, SUITE 1730 SHERMAN OAKS, CA. 91403**

4. What was the LAST plea you entered? *(check one)*

   ☒ Not guilty   ☐ Guilty   ☐ Nolo Contendere   ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☒ Jury   ☐ Judge without a jury   ☐ Submitted on transcript   ☐ Awaiting trial

6. GROUNDS FOR RELIEF

MC–275

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

IMPOSED UPPER TERM SENTENCES

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

1. UNDER CUNNINGHAM / BLAKELY / APPRENDI, NONE OF THE FACTORS THE TRIAL JUDGE USED TO SENTENCE ME TO THE UPPER TERM WAS CONSTITUTIONALLY ALLOWED, AND THE NEW (BLACK) DECISION IS WRONG.

2. UPON SENTENCING THE TRIAL JUDGE TACKED ON ENHANCEMENTS AND GAVE I PETITIONER THE UPPER TERM LIFE WITHOUT PAROLE.

3. CUNNINGHAM V. CALIFORNIA MAKE SENTENCE ENHANCEMENTS ILLEGAL VIOLATING PETITIONERS RIGHT TO DUE PROCESS OF LAW...

4. THE U.S SUPREME COURT JUST HAND DOWN A RULING IN CUNNINGHAM V. CALIFORNIA PERTAING TO SENTENCING ENHANCEMENTS.

b. Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

CUNNINGHAM V. CALIFORNIA (JAN 22, 2007)
APPRENDI V. NEW JERSEY (2000) 530 U.S. 466
BLAKELY V. WASHINGTON (2004) 542 U.S. 296.

CREDIBILITY OF A WITNESS

a. Supporting facts:

1. CODEFENDANT GERARDO ALTAMINANO, WAS NOT TRUTHFUL IN TESTIMONY.. SEE (CT PG 113-132, ALSO CODEFENDANT VALDEZ, SEE (CT 133, 140

2. THE SIXTH AMENDEMENT "GUARANTEES TO THE CRIMINALLY ACCUSED A FAIR TRIAL BY A PANEL OF IMPARTIAL, INDIFFERENT" JUROR" IT SHOULD ALSO CONCLUDE THAT THE ERROR WAS PERJUDICIAL SINCE THE JURY COULD NOT HAVE CONVICTED I PETITIONER WITHOUT THE TESTIMONY OF (GOMEZ) SEE (RT 643)

3. THE SIXTH AMENDEMENT GUARANTEES DEFENDANTS THE RIGHT TO CONFRONT AND CROSS-EXAMINE ADVERSE WITNESS..

b. Supporting cases, rules, or other authority:

(TINSLEY V. BORG (9th CIR 1990) 895 F. 2d 520, 523
(PEOPLE V. WILLIAMS (1997) 16 CAL. 4th 153, 257

GROUND 3

INEFFECTVE ASSISTANCE OF COUNSEL

(A) SUPPORTING FACTS

MY TRIAL ATTORNEY DEPRVIED ME OF MY RIGHT UNDER THE SIXTH AMENDMENT RIGHT BY FAILING TO OBJECT TO PLEA PROVISION. WHEN I ASKED HIM TO DO..

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes.  ☐ No.  If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):
      CALIFORNIA COURT OF APPEAL
   b. Result: AFFIRMED (SEE EX A)     c. Date of decision: 6-29-06
   d. Case number or citation of opinion, if known: B179596
   e. Issues raised: (1) IMPOSED UPPER TERM SENTENCES
      (2) CREDIBILITY OF A WITNESS
      (3) INEFFECTIVE ASSISTANCE OF COUNSEL
   f. Were you represented by counsel on appeal? ☒ Yes.  ☐ No. If yes, state the attorney's name and address, if known:
      RALPH H. GOLDSEN PMB #389, 5662 CALLE REAL - GOLETA, CA. 93117

9. Did you seek review in the California Supreme Court? ☒ Yes  ☐ No.  If yes, give the following information:
   a. Result: DENIED WITHOUT PREJUDICE (SEE EX B)   b. Date of decision: 10-18-2006
   c. Case number or citation of opinion, if known: S145437
   d. Issues raised: (1) IMPOSED UPPER TERM SENTENCES
      (2) CREDIBILITY OF A WITNESS
      (3) INEFFECTIVE ASSISTANCE OF COUNSEL

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
    THE U.S. SUPREME COURT JUST HAND DOWN A RULING IN CUNNINGHAM PERTAINING TO SENTENCING ENHANCEMENTS.

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:
    1. DO TO THE FACTS MY APPEAL WAS DENIED WITHOUT PREJUDICE TO ANY RELIEF TO WHICH DEFENDANT MIGHT BE ENTITLED AFTER THE U.S. SUPREME COURT DETERMINES IN CUNNINGHAM V. CALIFORNIA, NO. 05-6551.

    b. Did you seek the highest level of administrative review available? ☒ Yes.  ☐ No.
       Attach documents that show you have exhausted your administrative remedies.

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 977(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 977(b). This opinion has not been certified for publication or ordered published for purposes of rule 977.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | B179596 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. VA077024) |
| v. | |
| JESUS CISNEROS et al., | COURT OF APPEAL - SECOND DIST. FILED JUN 2 9 2006 JOSEPH A. LANE  Clerk _____ Deputy Clerk |
| Defendants and Appellants. | |

APPEAL from a judgment of the Superior Court of Los Angeles County. Tricia Ann Bigelow, Judge. Affirmed and modified, with directions.

Tracy J. Dressner, under appointment by the Court of Appeal, for Defendant and Appellant Jesus Cisneros.

Colleen M. Rohan, under appointment by the Court of Appeal, for Defendant and Appellant Eric Fernandez.

Ralph H. Goldsen, under appointment by the Court of Appeal, for Defendant and Appellant Alberto Hernandez.

Peter Gold, under appointment by the Court of Appeal, for Defendant and Appellant Armando Salmon.

(EXB)

Court of Appeal, Second Appellate District, Div. 2 - No. B179596
S145437

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

**SUPREME COURT FILED**

OCT 18 2006

Frederick K. Ohlrich Clerk

THE PEOPLE, Plaintiff and Respondent,

v.

JESUS CISNEROS et al., Defendants and Appellants.

DEPUTY

Petitions for review denied without prejudice to any relief to which defendant might be entitled after the United States Supreme Court determines in *Cunningham v. California*, No. 05-6551, the effect of *Blakely v. Washington* (2004) 542 U.S. 296 and *United States v. Booker* (2005) 543 U.S. 220, on California law.

George, C. J., and Baxter, J., were absent and did not participate.

**WERDEGAR**
Acting Chief Justice

MC-275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☒ Yes. If yes, continue with number 13. ☒ No. If no, skip to number 15.

13. a. (1) Name of court: U.S CENTRAL DISTRICT OF CALIFORNIA

   (2) Nature of proceeding (for example, "habeas corpus petition"): HABEAS CORPUS PETITION

   (3) Issues raised: (a) IMPOSED UPPER TERM SENTENCES ; CREDIBILITY OF A

   (b) WITNESS , INEFFECTVE ASSISTANCE OF COUNSEL

   (4) Result (Attach order or explain why unavailable): STILL WAITING TO GET DISMISS WITHOUT PREJUDICE

   (5) Date of decision: _____

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)
CUNNINGHAM V. CALIFORNIA IS A 2007 RULING THAT EFFECTS SENTENCING ENHANCEMENTS

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? ☒ Yes. ☐ No. If yes, explain:
HABEAS CORPUS - U.S. CENTRAL DISTRICT

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
THIS COURT IS DENIEDING IT WITHOUT PREJUDICE DO TO THE FACT OF U.S SUPREME COURT DENIEDING MY PETITION WITHOUT PREJUDICE

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 10-23-07

▶ Alberto Hernandez
(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]   PETITION FOR WRIT OF HABEAS CORPUS   Page 6 of 6

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Alberto Hernandez

**DEFENDANTS**

Captain Paul

FILED
OCT 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Lassen
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Alberto Hernandez
PO Box 3030
Susanville, CA 96127
V-68614

**ATTORNEYS (IF KNOWN)**

'07CV 2082 BTM   POR

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
**DEMAND** $
Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE  10/29/2007    SIGNATURE OF ATTORNEY OF RECORD  R. Miller