FILED
2007 NOV -1 PM 1:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

07CV2082 BTM (POR)

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

\# 144031     - SR

November 01, 2007
10:13:02

Habeas Corpus
USAO #.: HABEAS
Amount.:              $5.00 MO
Check#.: 11660842484

Total-> $5.00

FROM: HERNANDEZ V. FAULK
      HABEAS CORPUS