**PLEASE RECEIPT AND RETURN**

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED
07 NOV 27 PM 4:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

November 6, 2007

Office of the Clerk
Central District of California, Western Division
312 N. Spring Street
Los Angeles, CA 90012

Re: Hernandez v. Faulk, Case No. 07cv2082-BTM(POR)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: __(SEAL)_____
V. Trujillo, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED
THIS DATE OF 11/21/07
AND ASSIGNED CASE NUMBER CV07-7622-CAS(OP)

CLERK, U.S. DISTRICT COURT

By: _La'Rec Horn_____, Deputy

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY